IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM SHEET METAL INC., etc.,<br><br>Defendant.<br>_____/ | No. C 05-01980 WHA<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff's ex parte request to continue the case management conference is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: August 5, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE